**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **CURTIS A GIBBS, ET AL.** | * | |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION NO.: 3:11-cv-0777 |
| | | JUDGE HAYNES |
| **NATIONWIDE MUTUAL FIRE INSURANCE COMPANY** | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AGREED ORDER OF COMPROMISE AND DISMISSAL

As evidenced by the signatures of counsel for the parties below, it appears to the Court that the parties have compromised and settled all claims asserted between these parties and agree that all claims between these parties in this lawsuit should be dismissed with prejudice.

It is accordingly, ORDERED that the claims asserted in this case be and hereby are DISMISSED WITH PREJUDICE.

**ENTERED** this the _____ day of _____, 2012.

_____
William J. Haynes
United States District Judge

SUBMITTED FOR ENTRY BY:

HARDIN, PARKES, KELLEY & CARTER, PLLC

BY: _s/ Charles M. Molder_____
  J. RUSSELL PARKES, #12453
  CHARLES M. MOLDER, #28278
  102 West 7th Street
  Post Office Box 929
  Columbia, TN 38402
  (931) 388-4022
  **ATTORNEYS FOR DEFENDANT**


GILBERT RUSSELL MCWHERTER, PLC

BY: _s/ J. Brandon McWherter_____
  J. BRANDON McWHERTER
  CHAD A. NAFFZIGER
  101 North Highland
  Jackson, Tennessee 38301
  **ATTORNEYS FOR PLAINTIFFS**