IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

CURTIS A GIBBS, ET AL. *

        Plaintiffs *

v.

   *    CIVIL ACTION NO.:   3:11-cv-0777
                                                    JUDGE HAYNES

NATIONWIDE MUTUAL FIRE *
INSURANCE COMPANY
   *

        Defendant
\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AGREED ORDER OF COMPROMISE AND DISMISSAL

As evidenced by the signatures of counsel for the parties below, it appears to the Court that the parties have compromised and settled all claims asserted between these parties and agree that all claims between these parties in this lawsuit should be dismissed with prejudice.

It is accordingly, ORDERED that the claims asserted in this case be and hereby are DISMISSED WITH PREJUDICE.

ENTERED this the _____ day of _____, 2012.

                                                William J. Haynes
                                                United States District Judge