UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **CURTIS A. GIBBS, et al.** | ) |
| | ) |
| | ) Case No. 3:11-cv-0777 |
| v. | ) JUDGE HAYNES |
| | ) |
| **NATIONAL MUTUAL FIRE** | ) |
| **INSURANCE COMPANY** | ) |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on June 4, 2012.

KEITH THROCKMORTON, CLERK
s/Dalaina Thompson, Deputy Clerk